1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                       FOR THE DISTRICT OF ARIZONA
8
9    VENIAMIN PAVLOVICH MIKHOV, )        No.  CV-07-1148-PHX-PGR (CRP)
                                )
10              Petitioner,      )        **REPORT AND**
                                )        **RECOMMENDATION**
11   vs.                         )
                                )
12   PHILIP CRAWFORD,            )
                                )
13              Respondent.      )
     _____ )
14
15          On June 11, 2007, Veniamin Mikhov ("Petitioner") filed a *pro se* Petition for

16   Writ of Habeas Corpus ("Habeas Petition") pursuant to 28 U.S.C. § 2241.  (Doc 1).

17   At the time, Petitioner was confined at the Immigration Detention Center in Eloy,

18   Arizona awaiting removal to Ukraine.   Petitioner argued he was being held

19   indefinitely in violation of United States law.  On July 11, 2007, Petitioner was

20   released from confinement on an Order of Supervision. (Doc 12). After Petitioner's

21   release, Respondent filed a status report arguing the Habeas Petition is now moot.

22   (Doc. 11).

23   **Procedural History**

24          On November 27, 2006, an immigration judge ordered Petitioner removed to

25   Ukraine as a result of his recent criminal conviction for burglary.  (Doc 1).  After

26   being held for over six months, on June 11, 2007, Petitioner filed the Habeas Petition

27   pending before this Court.  (Doc 1).  Petitioner sought relief from his continued

28   detention arguing there was no prospect that his removal to Ukraine would be effected

1  in the reasonably foreseeable future.  (Doc 1).  On July 11, 2007, Petitioner was

2  released on an Order of Supervision.  (Doc 12, Attachment 1).  In a Status Report

3  filed September 4, 2007, Respondent argues the Habeas Petition is now moot because

4  Petitioner has received the relief sought in the Habeas Petition.  (Doc 11).  Petitioner

5  has not filed a Response to the Status Report Suggesting Mootness and the time for

6  filing such a response has passed.

7  **Analysis**

8       Article III of the United States Constitution empowers federal courts to

9  adjudicate only actual, ongoing cases or controversies.  *Deakins v. Monaghan*, 484

10  U.S. 193, 199 (1988).  It is insufficient that the case-or-controversy requirement is

11  satisfied when the suit is filed, the requirement "subsists through all stages of federal

12  judicial proceedings ... The parties must continue to have a personal stake in the

13  outcome of the lawsuit."  *Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477-478

14  (1990) (internal quotations omitted.)  Furthermore, if it appears that the Court is

15  without the power to grant the relief requested by a habeas petitioner, then that case

16  is moot.  *Picrin-Person v. Rison*, 930 F.2d 773, 775-776 (9th Cir. 1991).

17       In the case before this Court, Petitioner challenges only the legitimacy of his

18  continued detention and seeks, as his sole request, relief from it.  As Respondent

19  points out, Petitioner is no longer in custody; he was released on an Order of

20  Supervision on July 11, 2007.  Petitioner, therefore, no longer has a personal stake in

21  the outcome of this lawsuit.  Additionally, the relief Petitioner requested, his release

22  from continued and potentially indefinite detention, can no longer be granted by the

23  Court.  For these reasons, this case is moot.

24  **Recommendation**

25       After careful consideration of the Complaint and all papers filed in this action,

26  the Magistrate Judge recommends that the District Court dismiss this Habeas Petition

27

28

1    as moot.  When Petitioner was released from detention it rendered his Habeas Petition

2    moot.

3            Pursuant to Title 28 U.S.C. § 636(b), any party may serve and file written

4    objections within 10 days of being served with a copy of this Report and

5    Recommendation.  If objections are not timely filed, they may be deemed waived.

6            If objections are filed, the parties should use the following case number: cv 07-

7    1148-PHX-PGR.

8            DATED this 1st day of November, 2007.

9

10

11            CHARLES R. PYLE
12            UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28