**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Veniamin Pavlovich Mikhov,<br><br>        Petitioner,<br>vs.<br><br>Philip Crawford,<br><br>        Respondent. | No. CV-07-1148-PHX-PGR (CRP)<br><br>ORDER |

Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Pyle notwithstanding that no party has filed any objection to it, the Court finds that the Magistrate Judge correctly concluded that the petitioner's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, should be dismissed as moot because the only relief sought by the petitioner, which was to be released from immigration detention, was accomplished on July 11, 2007 when the petitioner was released from confinement on an Order of Supervision. Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #13) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is denied and that this action is

1  dismissed as moot.  The Clerk of the Court shall enter judgment accordingly.

2  DATED this 27th day of November, 2007.

_____
Paul G. Rosenblatt
United States District Judge